IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00546-MOC-DSC

| | |
|---|---|
| ANGELA DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| MEDICAL DATA SYSTEMS INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on "Motion for Admission Pro Hac Vice and Affidavit [for Raphael Deutsch]" (document # 2) filed October 1, 2020. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: October 5, 2020

David S. Cayer
United States Magistrate Judge